**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:     In re Husqvarna, Inc., Husqvarna Outdoor Products, Inc., Poulan-Texas, Co., and Conn's, Inc., Relators

Appellate case number:   01-14-00055-CV

Trial court case number:  67207

Trial court:              23rd District Court of Brazoria County

On January 16, 2014, relators, Husqvarna Consumer Outdoor Products N.A., Inc. and Conn's Appliances, Inc., filed a petition for writ of mandamus. The Court requests a response to the petition for writ of mandamus from real parties in interest, Jimmy Sanders and Charlotte Laws-Sanders, Individually and a/n/f/ of Trenity Sanders. The response, if any, is due no later than **Friday, January 31, 2014.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                    ☒  Acting individually     ☐  Acting for the Court

Date: January 17, 2014